David Aronoff (SBN 125694)
daronoff@foxrothschild.com
Ilyssa M. Adler (SBN 285418)
iadler@foxrothschild.com
**FOX ROTHSCHILD LLP**
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Telephone: 310.598.4150 | Facsimile: 310.556.9828

Attorneys for Defendant
LOUISE A. GEER, as Trustee of the DILLE FAMILY TRUST

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAM ANGRY FILMWORKS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LOUISE A. GEER, as Trustee of the DILLE FAMILY TRUST, and Does 1-10, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-05880-R-JPRx<br><br>**DEFENDANT LOUISE A. GEER'S DECLARATION IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. RULES 12(b)(2) AND 12(b)(6)**<br><br>Hearing<br>Date: October 19, 2015<br>Time: 10:00 a.m.<br>Ctrm: 8 – 2nd Floor<br><br>Hon. Manuel L. Real |

## DECLARATION OF LOUISE A. GEER

I, Louise A. Geer, declare as follows:

1. Since June 6, 2011, I am and continuously have been the Trustee of the Dille Family Trust (the "Trust"), and have been named as a defendant herein in my capacity as Trustee for the Trust. This declaration is in support of my concurrently-filed Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. Rules 12(b)(2) and 12(b)(6).

2. I have personal knowledge, and knowledge gained in my role as Trustee of the Trust from the files and records maintained in the regular course of business by the Trust, of the facts set forth in this declaration and if necessary could and would competently testify to the matters stated herein.

3. The Trust was formed and organized approximately 45 years ago in the State of California under California law. However, on or about February 1, 1989, the trustees and the beneficiaries of the Trust transferred the situs of the Trust to Illinois; and thereafter the Trust situs was never returned to California. A true and correct copy of the Instrument Transferring Situs of Trust executed as of February 1, 1989, is filed herewith as Ex. A. The beneficiaries of the Trust appointed me as Trustee on June 6, 2011. True and correct copies of the Dille Family Trust: Appointment of Successor Trustee statements by which I was appointed Trustee by the beneficiaries are collectively filed herewith as Ex. B.

4. After I was appointed as Trustee for the Trust on June 6, 2011, my administration of the Trust and other acts as Trustee have all been based in Pennsylvania. I am a resident of New Castle, Pennsylvania. I was born and raised in Pennsylvania and have lived in Pennsylvania continuously for the last 40 years. I have no plans to move out of the state or to otherwise reside anywhere other than Pennsylvania. The Trust is the owner and rights holder of all rights, including intellectual property rights, in and to the character "Buck Rogers." Accordingly, as Trustee, it is in Pennsylvania that I license, oversee, administer and manage, among

other things, the commercial and creative exploitation of "Buck Rogers." As a result, on or about January 9, 2012, I registered the Trust with Pennsylvania's Department of State as an active foreign business trust formed in California but doing business in Pennsylvania, under Entity Number 4082123

5. I do not own property or maintain an office or any other facility or place of business in California. I do not have any telephone numbers, mailing addresses, bank accounts, or other personal or real property in California. None of my assets, records, files, or documents are located in California. I have only visited California about three times in the last decade, and none of these trips lasted longer than about four days. None of these trips gave rise to Plaintiff's claims.

6. The Trust does not own or maintain an office or any other facility or place of business in California, and has no telephone numbers, mailing addresses, bank accounts, or other personal or real property in California. None of the Trust's assets, records, files, or documents are located in California.

7. Plaintiff's Complaint alleges as the sole basis for jurisdiction here a demand letter dated July 28, 2015 that I authored (*see* Cmpt., ¶ 11), but my letter was not written to Plaintiff and it did not threaten an infringement action. A true and correct copy of my July 28, 2015 letter is filed herewith as Ex. C. This letter was written by me in Pennsylvania and I sent it from there to Mr. Richard Thompson, counsel for one of the beneficiaries of the Trust, Flint Dille. The letter threatened action against Mr. Dille because he was undertaking acts to the detriment of the Trust and his co-beneficiary. The letter was not addressed to or intended for plaintiff Team Angry Filmworks, Inc. ("Plaintiff") and did not threaten legal action against Plaintiff.

8. The litigation of this matter in California would present a substantial hardship for me. My files, records, and accounts, both for myself individually and for the Trust, are all located in Pennsylvania, and I have no independent reasons for spending time in California. In addition to serving as Trustee, I am a lawyer and run a legal practice in Pennsylvania with my husband, who is also a lawyer. Travel to

1  California for this litigation would be severely disruptive to me both personally and
2  professionally – in my legal practice and in my work as the Trustee of the Trust.
3       9.    No acts by me or the Trust giving rise to this lawsuit took place in the
4  State of California.  Likewise, the documents and evidence pertaining to this matter
5  are all in Pennsylvania with all of my records pertaining to the Trust.
6       I certify under penalty of perjury that the foregoing is true and correct.
7  Executed on this 15th day of September, 2015 in New Castle, Pennsylvania.

*/s/ Louise A. Geer*

Louise A. Geer

**EXHIBIT A**

INSTRUMENT TRANSFERRING
SITUS OF TRUST

This instrument is being entered into in accordance with that certain Trust Agreement executed by Robert C. Dille and Virginia N. Dille under date of August 16, 1979, as amended on January 5, 1982 (the "Trust Agreement").

Section 2.F. of the Trust Agreement recites that it creates a California trust, but permits a majority of the beneficiaries to transfer the situs of the trust to a more convenient location.

The Trustees and the beneficiaries of the trust have unanimously determined that it would be convenient to transfer the situs of the trust to Illinois.

This instrument is intended to reflect that determination and reflect the movement of the trust situs to Illinois. This action is not intended to change the provision of Section 2.F. that all of the terms and provisions of the Trust Agreement are to be interpreted according to the laws of the State of California.

Executed as of February 1, 1989.

_____      _____
Virginia Nichols Dille              Lorraine Dille Williams

_____
Robert Nichols Flint Dille

Being all of the beneficiaries
of the above-referenced Trust

Accepted and Agreed to:

_____      _____
Virginia Nichols Dille,             Arthur Mead Martin,
as Trustee                          as Trustee

Being all of the trustees
of the trusts created by
the Trust Agreement

**EXHIBIT B**

## DILLE FAMILY TRUST: APPOINTMENT OF SUCCESSOR TRUSTEE

Under the trust instrument dated August 16, 1979 as amended January 5, 1982 executed by Robert C. Dille and Virginia N. Dille, Settlors, pursuant to paragraph 2C of Article II as set forth in the amendment to the Trust Agreement and now in effect; and Settlors having died in 1983 and 2010 respectively, and the designated successor Trustees: Arthur Martin, Dennis W Fox, and American Guaranty & Trust Company [now RBC Trust Company Limited] having resigned and declined to act; and beneficiaries thereby being empowered to appoint successor trustee; and the beneficiaries being: Lorraine Virginia Dille Williams and Robert Nichols Flint Dille pursuant to paragraph 6.L of trust instrument, the undersigned beneficiary hereby appoints Louise A. Geer successor trustee to be effective as of appointment by both beneficiaries.

_____
Robert Nichols Flint Dille

Dated: June 6, 2011

Witness: *J5 Dille*
Teresa Dille

## DILLE FAMILY TRUST: APPOINTMENT OF SUCCESSOR TRUSTEE

Under the trust instrument dated August 16, 1979 as amended January 5, 1982 executed by Robert C. Dille and Virginia N. Dille, Settlors, pursuant to paragraph 2C of Article II as set forth in the amendment to the Trust Agreement and now in effect; and Settlors having died in 1983 and 2010 respectively, and the designated successor Trustees: Arthur Martin, Dennis W Fox, and American Guaranty & Trust Company [now RBC Trust Company Limited] having resigned and declined to act ; and beneficiaries thereby being empowered to appoint successor trustee; and the beneficiaries being: Lorraine Virginia Dille Williams and Robert Nichols Flint Dille pursuant to paragraph 6.L of trust instrument, the undersigned beneficiary hereby appoints Louise A. Geer successor trustee to be effective as of appointment by both beneficiaries.

_Lorraine Virginia Dille Williams_

Dated: 6/6/11

Witness:

**<u>EXHIBIT C</u>**

## *DILLE FAMILY TRUST*

July 28, 2015

Mr. Richard Thompson, Esquire
Bloom Hergott Diemer Rosenthal
LaViolette Feldman Schenkman & Goodman, LLP
150 S. Rodeo Drive
Beverly Hills, CA 90212

VIA EMAIL: rdt@bhdrl.com

Dear Richard,

    I am writing to you in your capacity as personal legal counsel for Flint Dille. Below find screen shots of several posts on Flint's blog regarding "Original Buck Rogers Novel *Armageddon 2419 A.D.*" These were temporarily taken down but have been republished. The release was by Angry Films, which I understand is the blog run by Don Murphy. The Angry Films release which appears on Flint's blog states, in part:

> An interesting twist: One of the screenwriters is the grandson of the Newspaper syndicate John F. Dille, who brought Buck Rogers to mass Audiences, expanded upon the character and arranged for a daily sci-fi continuity comic strip to appear in syndication (something unheard of at the time).

    The Dille Family Trust has not given permission or license for the use of 'Buck Rogers' or any of the elements of the Buck Rogers Universe to Flint or to Don Murphy. TSR published 'Armegeddon 2419 A.D.' and that copyright reverted to DFT by agreement.

    I am astounded that Flint, as a beneficiary of DFT, is acting to damage the interests of DFT and the interests of the co-beneficiary, Lorraine Dille Williams, and the remainder beneficiaries who are the children of Flint and Lorraine. He can be found liable to the trust and to other beneficiaries for the amount of the injury to the trust as well as chargeable with attorney's fees in any litigation which is caused by his misconduct. See: Restatement, Second, Trusts Section 249, 251 and 253, for example, and the California Probate Code.

Please review this matter with Flint and advise me accordingly within 10 days as based upon your reply we may have to proceed with legal action against Flint as may Lorraine. It is my opinion that you cannot be Flint's counsel in this particular matter because you have obligations to DFT separate from your obligations to Flint.

Sincerely yours,

DILLE FAMILY TRUST

By:/s/Louise A. Geer, Esquire

LAG/fjo

Louise A. Geer, Trustee
2100 Wilmington Road, New Castle, Pennsylvania 16105
Tel 724.652.0511    Fax 724.652.5597    louisegeer@gmail.com

July 11 at 4:56pm

FROM ARMAGEDDON DISCUSSION BELOW: In the modern media environment the best thing you can do for any franchise is to have multiple iterations out there simultaneously. Sherlock Holmes has benefitted immensely from having Sherlock (BBC), Elementary and the Robert Downey Jr. versions simultaneously happening (not to mention Mr. Holmes, due out).

What other examples of this are there? Multiple expressions of a franchise out simultaneously. Obviously, with the ubiquitousness of everything you can watch Adam West and Gotham on the same day, but I'm thinking of simultaneous new.

Like · Comment · Share

3 people like this.

 RaShawn Seams Mid 80's thanks to Syndication, we had Original Star Trek, Lost in Space, Battlestar Galactica, Buck Rogers, and Space 1999 Airing on the weekends. Space Drama Trifecta.
Like · Reply · July 11 at 8:20pm · Edited

 RaShawn Seams theres also the "Private Investigator/ Cop era with Magnum P.I., The Fall Guy, SPencer for Hire, Macguyver, 21 Jump street, Remington Steele, and Hunter, along with Miama vice.
Like · Reply · July 11 at 8:10pm

 Flint Dille I'd argue that the PI era was a shared world. Rockford and Mcguyver could have done a crossover with Mannix and the fall guy. I'd say the same of the spy era.
Like · July 11 at 11:17pm

↳ View more replies

 Michael Chase Walker It's not coincidental that many of these"multiple iterations" are from the Public Domain i.e Dracula, Sherlock Holmes, Peter Pan, Frankenstein, etc. or have been developing over the last seventy years from Comic books to TV to Film: Bat Man, Superman, Spiderman, etc. So you won't find many that are terribly "new". Back to the Future, Ghostbusters, Smurfs, Alvin, etc.
Like · Reply · July 11 at 6:13pm

↳ View previous replies

 Flint Dille Would you buy that Ghostbusters and Men in Black could have happened in a shared world? Or could the DeLorean from BTTF have been in a garage on ET street where corpses from poltergeist were flying out of the ground?
Like · July 11 at 11:18pm

↳ View more replies

 Stephen Brosius We may have a Flash tv series and a flash movie out at the same time very soon.
Like · Reply · July 11 at 8:37pm

↳  RaShawn Seams replied · 2 Replies

 Sia Abderezai is this a hint for there being a shot for my dream goal of writing an Ingress interactive comic taking place decades in the future? In terms of multiple iterations based on classic lnerature I am drawing a blank, but in the world of !!!MARVEL!!! and D... See More
Like · Reply · July 11 at 8:53pm

 Flint Dille You are right. Ingress (if it is fiction) is an alternate crossover with established history. Robert E. Howard, H.P. Lovecraft, Jim Bowie, Alexander the Great and many others (Percy and Mary Shelley) are all in the Ingress owrld.
Like · 1 · July 11 at 11:20pm

↳ View more replies

 Gerry Watkins In the last 10 years Batman has had the Nolan movies, the new DC movies, multiple cartoons, the Gotham primetime show, and the Arkham video game series. Not to mention the constant reimaginings in the comics

 **E. Daniel Arey ▸ Flint Dille**
July 10 at 9:57am

Just saw this come over the wire. Congratulations, Flint! So very cool!



## Original Buck Rogers Novel 'Armageddon 2419 A.D.' To Blow Up Big Screen, Courtesy Of Angryfilms...

EXCLUSIVE: One of the greatest science fiction stories from the past will be on the big screen in the future, courtesy of Angry Films. Armageddon 2419 A.D., the sci-fi...

DEADLINE.COM | BY ANITA BUSCH

Like · Comment · Share

👍 7 people like this.

 **Brad Sweet** Awesome!
Like · Reply · July 10 at 1:44pm

 **Mary Virginia** Congrats, hon!!!
Like · Reply · July 13 at 10:17pm

 Write a comment...  

July 11 at 10:56am



## Buck Rogers Origin Movie In The Works

Philip Francis Nowlan's novella Armageddon 2419 A.D., which was first published in Amazing [...]

COMICBOOK.COM

Like · Comment · Share

👍 4 people like this.

 **Flint Dille** There's something kind of cool about starting with the same material my grandfather did nearly a century later. (Well, 85 years, but you get the idea).
Like · Reply · 👍 4 · July 11 at 11:05am

 **Sanford S. Williams** The legacy of the Dille Family Trust lives on.
Like · Reply · 👍 1 · July 11 at 7:19pm

 **Flint Dille** Well, not really. This isn't a Buck Rogers project, this is a parallel project. That having been said, its a great thing for Buck Rogers. In the modern media environment the best thing you can do for any franchise is to have multiple iterations out t... See More
Like · Reply · July 11 at 7:52pm

 **Flint Dille** Any other examples of this? Multiple Batman-themed projects out there from Gotham to the movies. Keeps a franchise alive. Buck Rogers and Armageddon are father and son, different entities, but what is good for one is good for the other. It isn't a zero sum game.