David Aronoff (SBN 125694)
  daronoff@foxrothschild.com
Ilyssa M. Adler (SBN 285418)
  iadler@foxrothschild.com
**FOX ROTHSCHILD LLP**
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Telephone: 310.598.4150 | Facsimile: 310.556.9828

Attorneys for Defendant
LOUISE A. GEER, as Trustee of the DILLE FAMILY TRUST

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAM ANGRY FILMWORKS, INC., a California corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>LOUISE A. GEER, as Trustee of the DILLE FAMILY TRUST, and Does 1-10, inclusive,<br><br>              Defendants. | Case No.: 2:15-cv-05880-R-JPRx<br><br>**DECLARATION OF DAVID ARONOFF IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(2) AND 12(b)(6)**<br><br>Hearing<br>Date: October 19, 2015<br>Time: 10:00 a.m.<br>Ctrm: 8 – 2nd Floor<br><br>Hon. Manuel L. Real |

# DECLARATION OF DAVID ARONOFF

I, David Aronoff, declare as follows:

1. I am a partner at Fox Rothschild LLP, counsel for defendant Louise A. Geer, as trustee of the Dille Family Trust ("Defendant") in the above-captioned action. I am duly licensed to practice law in the Courts of the State of California and before this honorable Court. I have personal knowledge of the facts and circumstances set forth in this Declaration and I could and would testify thereto, if so called. I submit this Declaration in support of Defendant's Motion to Dismiss Plaintiff's Complaint.

2. On Friday, September 4, 2015, at 3:11 pm, my assistant emailed a letter from me to Plaintiff's counsel Charles Coate, asking Mr. Coate to meet and confer with me on Tuesday, September 8, 2015, pursuant to Local Rule 7-3, regarding Defendant's contemplated Motion to Dismiss. The letter stated that I would be available to so meet and confer on September 8th at 2:00 pm, and asked Mr. Coate to advise if that time was inconvenient. A true and correct copy of this letter is filed herewith as Exhibit A.

3. I did not receive any responsive communication between September 4 and September 8 from Mr. Coate stating that the suggested time to conduct the Local Rule 7-3 meet and confer call was inconvenient. As such, on Tuesday, September 8, 2015 at 2:00 pm, I called Mr. Coate's office. The receptionist told me that Mr. Coate was unavailable, so I left him a voicemail notifying him that I was calling to conduct the meet and confer as stated in my letter.

4. After leaving Mr. Coate a voicemail, I followed up with him via email at approximately 2:13 pm that same day, requesting that he call me back to satisfy the Local Rule 7-3 meet and confer requirement. At 2:58 pm that same day, I received a responsive email from Mr. Coate stating, among other things, that he would not be available until Thursday, September 10 to participate in the meet and confer call. I responded to Mr. Coate within minutes stating that I would be available Thursday afternoon for the call provided that Mr. Coate agreed that the call would be deemed

1  timely under the Local Rules.  Mr. Coate responded to me moments later that he
2  would not agree to a "waiver" of the time parameters of Local Rule 7-3.  I responded
3  to Mr. Coate explaining that Defendant is required to conduct a Local Rule 7-3
4  conference seven days prior to filing a motion, and again requested that Mr. Coate
5  agree to deem a Thursday conference timely.  Mr. Coate refused to agree and also
6  refused to meet and confer until September 10, 2015.  A true and correct copy of this
7  email exchange is attached hereto as Exhibit B.  In total, Mr. Coate sent me four
8  detailed emails concerning this matter on September 8th although he insisted that he
9  was "unavailable" for a Local Rule 7-3 conversation until September 10th.  *See* Ex. B.
10        5.    On Thursday, September 10, 2015, at approximately 2:00 pm, I called
11 Mr. Coate in order to meet and confer regarding Defendant's Motion to Dismiss.
12 During the call, we discussed the substance of Defendant's Motion, but were unable to
13 resolve the issues without Court intervention.  At the conclusion of the call, I again
14 requested that Mr. Coate agree to deem our meet and confer timely under Local Rule
15 7-3, since Mr. Coate had not made himself available to meet and confer on September
16 8th.  Mr. Coate again refused.
17        6.    As a result of the foregoing, the Local Rule 7-3 conference in this matter
18 was conducted 5 days, rather than 7 days, prior to the filing of this Motion through no
19 fault of Defendant or her counsel.
20        I declare under penalty of perjury under the laws of the State of California that
21 the foregoing is true and correct.  Executed on this 15th day of September, 2015 at Los
22 Angeles, California.

23
24                                                    _____
25                                                    David Aronoff
26
27
28

**<u>EXHIBIT A</u>**

# Liu, Cindy

| | |
|---|---|
| **From:** | Liu, Cindy |
| **Sent:** | Friday, September 04, 2015 3:10 PM |
| **To:** | ccoate@abramscoate.com |
| **Cc:** | Aronoff, David; Adler, Ilyssa M. |
| **Subject:** | Team Angry Filmworks, Inc. v. Louise A. Geer, et al. (Case No.: CV15-05880-FFM) - Meet and Confer RE: Motion to Dismiss |
| **Attachments:** | 31440398_1_20150904 Meet and Confer Letter to Charles Coate RE_ Mtn. to Dismiss-C2.PDF |

Dear Mr. Coate,

Please see attached correspondence for your review and records.

Thank you.

Sincerely,

**Cindy Liu**
Legal Administrative Assistant to
David Aronoff
Lincoln Bandlow
Patrick J. Hagan
Emily Birdwhistell
**Fox Rothschild LLP**
1800 Century Park East
Suite 300
Los Angeles, CA 90067
(310) 228-3077 - direct
(310) 556-9828 - fax
CLiu@foxrothschild.com
www.foxrothschild.com

1



1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Tel 310.598.4150  Fax 310.556.9828
www.foxrothschild.com

DAVID ARONOFF
Direct Dial: 310-228-2916
Email Address: DAronoff@FoxRothschild.com

September 4, 2015

**VIA E-MAIL (ccoate@abramscoate.com)**
Charles Coate, Esq.
ABRAMS COATE LLP
12400 Wilshire Blvd., Ste. 1600
Los Angeles, CA 90025

**Re: Team Angry Filmworks, Inc. v. Louise A. Geer, as Trustee of the Dille Family Trust (Case No.: CV15-05880-FFM)**

Dear Chuck:

      This is written pursuant to Local Rule 7-3 to request your availability on Tuesday, September 8, 2015 to meet and confer regarding the Motion to Dismiss pursuant to Fed. R. Civ. P. Rules 12(b)(2) and 12(b)(6) that our client is planning to file. With regard to the Rule 12(b)(2) aspect of the motion, we believe that our client has insufficient minimum contacts with California to establish either specific or general jurisdiction. As to the Rule 12(b)(6) argument in the motion, we believe that your client's complaint fails to sufficiently allege a justiciable case or controversy because, among other things, it fails to allege "present activity which could constitute infringement or concrete steps taken with the intent to conduct such activity." *See, e.g.*, *BP Chems. Ltd. v. Union Carbide Corp.*, 4 F.3d 975, 978 (Fed. Cir. 1993).

      Are you available at 2 pm on September 8th, for us to meet and confer regarding these issues? If that time is not convenient, please suggest an alternative time that day.

      Best Regards,

      David Aronoff
      FOX ROTHSCHILD LLP

cc: Ilyssa Adler

A Pennsylvania Limited Liability Partnership

California  Colorado  Connecticut  Delaware  District of Columbia  Florida
Illinois  Nevada  New Jersey  New York  Pennsylvania  Texas

**EXHIBIT B**

# Liu, Cindy

| | |
|---|---|
| **From:** | Charles M. Coate <ccoate@abramscoate.com> |
| **Sent:** | Tuesday, September 08, 2015 4:19 PM |
| **To:** | Aronoff, David |
| **Cc:** | 'Theresa E. Johnson'; Adler, Ilyssa M.; Liu, Cindy |
| **Subject:** | RE: Team Angry Filmworks, Inc. v. Louise A. Geer, et al. (Case No.: CV15-05880-FFM) - Meet and Confer RE: Motion to Dismiss |

David:

Defendant should not benefit by demanding a conference on a motion on minimal notice that was likely contemplated long before your letter of September 4, 2015 was sent out just before the holiday weekend.  Again, we plan on discussing the matter on Thursday afternoon, reserving all rights.   We will not respond further regarding scheduling today.  Thank you for your attention to this matter.

Kind regards,

Charles M. Coate

ccoate@abramscoate.com
_____
**abrams coate llp**
**trial & transactional attorneys**
**12400 wilshire boulevard**
**suite 1060**
**los angeles, california 90025**
**310 576-6161 (voice)**
**310 576-6160 (fax)**


**ALL CLIENT RIGHTS RESERVED**.
**CONFIDENTIALITY NOTICE**: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is **STRICTLY PROHIBITED**.  If you have received this transmission in error, please immediately notify the sender.  Please destroy the original transmission and its attachments without reading or saving in any manner.  Thank you.

**From:** Aronoff, David [mailto:daronoff@foxrothschild.com]
**Sent:** Tuesday, September 08, 2015 3:53 PM
**To:** Charles M. Coate <ccoate@abramscoate.com>
**Cc:** 'Theresa E. Johnson' <tjohnson@abramscoate.com>; Adler, Ilyssa M. <iadler@foxrothschild.com>; Liu, Cindy <CLiu@foxrothschild.com>
**Subject:** RE: Team Angry Filmworks, Inc. v. Louise A. Geer, et al. (Case No.: CV15-05880-FFM) - Meet and Confer RE: Motion to Dismiss


Chuck –

You're pulling up the old local rules from 2012.  They were amended effective June, 1, 2015, and can be found here:  https://www.cacd.uscourts.gov/sites/default/files/documents/LRs-Effective-2015-June-1-Chapter-1.pdf  Under

1

the currently operative version of LR 7-3, meet and confers have to take place <u>seven</u> days before a motion is filed. So, as twice mentioned previously, I'm available to talk Thursday afternoon at 2 pm, provided that you agree that the meet and confer will be deemed timely under Local Rule 7-3. Is this acceptable? If not, please call me today so that can briefly discuss the matter. Doing so will take less time than this exchange of emails. Please let me know how you'd like to proceed.

Best regards, David

**David Aronoff**
Partner
**Fox Rothschild LLP**
1800 Century Park East
Suite 300
Los Angeles, CA 90067-1506
(310) 228-2916 – direct
(310) 880-3927 – cell
(310) 556-9828 – fax
daronoff@foxrothschild.com
www.foxrothschild.com

---

**From:** Charles M. Coate [mailto:ccoate@abramscoate.com]
**Sent:** Tuesday, September 08, 2015 3:47 PM
**To:** Aronoff, David
**Cc:** 'Theresa E. Johnson'; Adler, Ilyssa M.; Liu, Cindy
**Subject:** RE: Team Angry Filmworks, Inc. v. Louise A. Geer, et al. (Case No.: CV15-05880-FFM) - Meet and Confer RE: Motion to Dismiss

David:

If reliance upon the Local Rules as set forth on the Central District's website is misplaced, so be it - the below is what it provides -

In any event, we'll talk Thursday afternoon -

Kind regards, Chuck

Charles M. Coate

ccoate@abramscoate.com

---

**abrams coate llp**
**trial & transactional attorneys**
12400 wilshire boulevard
suite 1060
los angeles, california 90025
310 576-6161 (voice)
310 576-6160 (fax)


**ALL CLIENT RIGHTS RESERVED**.
**CONFIDENTIALITY NOTICE**: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or

2

use of any of the information contained in or attached to this transmission is **STRICTLY PROHIBITED**.  If you have received this transmission in error, please immediately notify the sender.  Please destroy the original transmission and its attachments without reading or saving in any manner.  Thank you.

http://www.cacd.uscourts.gov/sites/default/files/documents/LocalRulesEffectiveJune21-2012-Chapter1.pdf

*L.R. 7-3 Conference of Counsel Prior to Filing of Motions*.₂ In all cases not listed as exempt in L.R. 16-12, and except in connection with discovery motions (which are governed by L.R. 37-1 through 37-4) and applications for temporary restraining orders or preliminary injunctions, counsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly, *preferably in person,* the substance of the contemplated motion and any potential resolution. If the proposed motion is one which under the F.R.Civ.P. must be filed within a specified period of time (*e.g.*, a motion to dismiss pursuant to F.R.Civ.P. 12(b), or a new trial motion pursuant to F.R.Civ.P. 59(a)), ==then this conference shall take place at least five (5) days prior to the last day for filing the motion==; otherwise, the conference shall take place at least ten (10) days prior to the filing of the motion. If the parties are unable to reach a resolution which eliminates the necessity for a hearing, counsel for the moving party shall include in the notice of motion a statement to the following effect:

"This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on (date)."

**From:** Aronoff, David [mailto:daronoff@foxrothschild.com]
**Sent:** Tuesday, September 08, 2015 3:25 PM
**To:** Charles M. Coate <ccoate@abramscoate.com>
**Cc:** 'Theresa E. Johnson' <tjohnson@abramscoate.com>; Adler, Ilyssa M. <iadler@foxrothschild.com>; Liu, Cindy <CLiu@foxrothschild.com>
**Subject:** RE: Team Angry Filmworks, Inc. v. Louise A. Geer, et al. (Case No.: CV15-05880-FFM) - Meet and Confer RE: Motion to Dismiss

Hi Chuck – You're not looking at the current local rules.  Under the currently operative version of LR 7-3, meet and confers have to take place <u>seven</u> days before a motion is filed.  So, as mentioned previously, I'm available to talk Thursday afternoon at 2 pm, provided that you agree that the meet and confer will be deemed timely under Local Rule 7-3.  Is this acceptable?  If not, please call me today so that can at least briefly discuss the matter.  Please let me know how you'd like to proceed.  Best regards, David

**David Aronoff**
Partner
**Fox Rothschild LLP**
1800 Century Park East
Suite 300
Los Angeles, CA 90067-1506
(310) 228-2916 – direct

(310) 880-3927 – cell
(310) 556-9828 – fax
daronoff@foxrothschild.com
www.foxrothschild.com

---

**From:** Charles M. Coate [mailto:ccoate@abramscoate.com]
**Sent:** Tuesday, September 08, 2015 3:20 PM
**To:** Aronoff, David
**Cc:** 'Theresa E. Johnson'; Adler, Ilyssa M.; Liu, Cindy
**Subject:** RE: Team Angry Filmworks, Inc. v. Louise A. Geer, et al. (Case No.: CV15-05880-FFM) - Meet and Confer RE: Motion to Dismiss

David:

Per the extension that your client was granted by my client no response is due until September 15, 2015.

Therefore, if the conference is held on September 10, 2015, which is mutually agreeable and 5 days prior to the date that Defendant's response is due, there is no need for Plaintiff to grant both an extension and to also provide Defendant a requested waiver of the time parameters of Local Rule 7-3 in addition.  We look forward to speaking with you later this week.  In the meantime please consider the issue of "jurisdictional" discovery between now and then as it bears on the advisability of such contemplated course of action.

Kind regards, Chuck

Charles M. Coate

ccoate@abramscoate.com

**abrams coate llp**
trial & transactional attorneys
**12400 wilshire boulevard**
**suite 1060**
**los angeles, california 90025**
**310 576-6161 (voice)**
**310 576-6160 (fax)**


**ALL CLIENT RIGHTS RESERVED**.
**CONFIDENTIALITY NOTICE**: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is **STRICTLY PROHIBITED**.  If you have received this transmission in error, please immediately notify the sender.  Please destroy the original transmission and its attachments without reading or saving in any manner.  Thank you.

---

**From:** Aronoff, David [mailto:daronoff@foxrothschild.com]
**Sent:** Tuesday, September 08, 2015 3:04 PM
**To:** Charles M. Coate <ccoate@abramscoate.com>
**Cc:** 'Theresa E. Johnson' <tjohnson@abramscoate.com>; Adler, Ilyssa M. <iadler@foxrothschild.com>; Liu, Cindy <CLiu@foxrothschild.com>
**Subject:** RE: Team Angry Filmworks, Inc. v. Louise A. Geer, et al. (Case No.: CV15-05880-FFM) - Meet and Confer RE: Motion to Dismiss

Hi Chuck –

I'm available to talk Thursday afternoon at 2 pm, provided that you agree that the meet and confer will be deemed timely under Local Rule 7-3.  Is this acceptable?  If not, please call me today so that can at least briefly discuss the matter.  Please let me know how you'd like to proceed.

Best regards, David

**David Aronoff**
Partner
**Fox Rothschild LLP**
1800 Century Park East
Suite 300
Los Angeles, CA 90067-1506
(310) 228-2916 – direct
(310) 880-3927 – cell
(310) 556-9828 – fax
daronoff@foxrothschild.com
www.foxrothschild.com

---

**From:** Charles M. Coate [mailto:ccoate@abramscoate.com]
**Sent:** Tuesday, September 08, 2015 2:58 PM
**To:** Aronoff, David
**Cc:** 'Theresa E. Johnson'; Adler, Ilyssa M.; Liu, Cindy
**Subject:** RE: Team Angry Filmworks, Inc. v. Louise A. Geer, et al. (Case No.: CV15-05880-FFM) - Meet and Confer RE: Motion to Dismiss

David:

My office has numerous matters others than this one that require our attention.

One business day's notice, (e.g. today) does not work on our end - Thursday afternoon of this week does -  Let's touch base then - In the meantime, please consider whether your client is willing to defer the venue challenge pending jurisdictional discovery as my client is confident that threatening conduct occurred here in Los Angeles giving rise to venue in this District.

Kind regards,


Charles M. Coate

ccoate@abramscoate.com

**abrams coate llp**
**trial & transactional attorneys**
**12400 wilshire boulevard**
**suite 1060**
**los angeles, california 90025**
**310 576-6161 (voice)**

310 576-6160 (fax)

**ALL CLIENT RIGHTS RESERVED**.
**CONFIDENTIALITY NOTICE**: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is **STRICTLY PROHIBITED**.  If you have received this transmission in error, please immediately notify the sender.  Please destroy the original transmission and its attachments without reading or saving in any manner.  Thank you.

**From:** Aronoff, David [mailto:daronoff@foxrothschild.com]
**Sent:** Tuesday, September 08, 2015 2:13 PM
**To:** ccoate@abramscoate.com
**Cc:** Theresa E. Johnson <tjohnson@abramscoate.com>; Adler, Ilyssa M. <iadler@foxrothschild.com>; Liu, Cindy <CLiu@foxrothschild.com>
**Subject:** RE: Team Angry Filmworks, Inc. v. Louise A. Geer, et al. (Case No.: CV15-05880-FFM) - Meet and Confer RE: Motion to Dismiss


Hi Chuck – When we did not hear back from you in response to the letter we sent you on Friday (attached), I assumed that you would be available at 2 pm today.  However, we were not able to reach you when we just called.  Please call me back today, so that we can satisfy the Local Rule 7-3 meet and confer requirement on the motion to dismiss that we are planning to file next week.  Thanks for your attention to this.  Best regards, David

**David Aronoff**
Partner
**Fox Rothschild LLP**
1800 Century Park East
Suite 300
Los Angeles, CA 90067-1506
(310) 228-2916 – direct
(310) 880-3927 – cell
(310) 556-9828 – fax
daronoff@foxrothschild.com
www.foxrothschild.com


**From:** Liu, Cindy
**Sent:** Friday, September 04, 2015 3:10 PM
**To:** ccoate@abramscoate.com
**Cc:** Aronoff, David; Adler, Ilyssa M.
**Subject:** Team Angry Filmworks, Inc. v. Louise A. Geer, et al. (Case No.: CV15-05880-FFM) - Meet and Confer RE: Motion to Dismiss

Dear Mr. Coate,

Please see attached correspondence for your review and records.

Thank you.

Sincerely,

**Cindy Liu**
Legal Administrative Assistant to
David Aronoff
Lincoln Bandlow
Patrick J. Hagan
Emily Birdwhistell
**Fox Rothschild LLP**
1800 Century Park East
Suite 300
Los Angeles, CA 90067
(310) 228-3077 - direct
(310) 556-9828 - fax
CLiu@foxrothschild.com
www.foxrothschild.com

This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)-299-2167 or notify us by e-mail at helpdesk@foxrothschild.com. Also, please mail a hardcopy of the e-mail to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3222 via the U.S. Postal Service. We will reimburse you for all expenses incurred. Thank you.

This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)-299-2167 or notify us by e-mail at helpdesk@foxrothschild.com. Also, please mail a hardcopy of the e-mail to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3222 via the U.S. Postal Service. We will reimburse you for all expenses incurred. Thank you.

This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)-299-2167 or notify us by e-mail at helpdesk@foxrothschild.com. Also, please mail a hardcopy of the e-mail to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3222 via the U.S. Postal Service. We will reimburse you for all expenses incurred. Thank you.

This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)-299-2167 or notify us by e-mail at helpdesk@foxrothschild.com. Also, please mail a

hardcopy of the e-mail to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3222 via the U.S. Postal Service. We will reimburse you for all expenses incurred. Thank you.