1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAM ANGRY FILMWORKS, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>LOUISE A. GEER, as Trustee of the DILLE FAMILY TRUST, and Does 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:15-cv-05880-R-JPRx<br><br>Hon. Judge Manuel L. Real<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(2) AND 12(b)(6)** |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

# ORDER

The Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. Rule 12(b)(2) and 12(b)(6) ("Motion") filed by defendant Louise A. Geer, as Trustee of the Dille Family Trust. ("Defendant") came on regularly for hearing on October 19, 2015.

Having considered the moving and opposition papers, arguments, and all other matters presented to the Court, the Court hereby GRANTS the Motion in its entirety on all grounds stated therein. Plaintiff's Complaint is DISMISSED as to Defendant:

1. [With] [Without] prejudice pursuant to Fed. R. Civ. P. Rule 12(b)(2) on the grounds that this Court lacks personal jurisdiction over Defendant; and,

2. [With] [Without] prejudice pursuant to Fed. R. Civ. P. Rule 12(b)(6) on the grounds that the Complaint fails to state a claim for relief against Defendant.

IT IS SO ORDERED.

Date:_____                    _____
                                          Hon. Manuel L. Real
                                          UNITED STATES DISTRICT JUDGE