IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TEAM ANGRY FILMWORKS, INC.**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. A. No. 15-1381 |
| **LOUISE A. GEER**, *as Trustee of the Dille Family Trust*, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

For the reasons set forth fully on the record at the January 7, 2016 hearing, the court hereby GRANTS without prejudice the motion to dismiss the complaint of plaintiff Team Angry Filmworks, Inc., filed by defendant Louise A. Geer, as Trustee of the Dille Family Trust, pursuant to Federal Rule of Civil Procedure 12(b)(1). Plaintiff may file an amended complaint on or before January 29, 2016. If plaintiff does not file an amended complaint by that date, the court will dismiss plaintiff's complaint with prejudice.

It is so ordered.

**DATED**:   January 7, 2016

/s/ **JOY FLOWERS CONTI**
Joy Flowers Conti
Chief United States District Judge