# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Team Angry Filmworks, Inc., a California corporation, | **CIVIL DIVISION** |
| **Plaintiff,** | **CASE NO.** 15-CV-01381 JFC |
| vs. | **TYPE OF PLEADING:** Suggestion of Bankruptcy |
| Louise A. Geer, as Trustee of the Dille Family Trust, and Does 1-10, Inclusive, | **FILED ON BEHALF OF:** Dille Family Trust, Defendant |
| **Defendant.** | **COUNSEL OF RECORD FOR PARTY:** |

Michael Kaminski, Esquire
mkaminski@c-vlaw.com
PA I.D. 53493

Donald R. Calaiaro, Esquire
dcalaiaro@c-vlaw.com
PA I.D. #27538

David Z. Valencik, Esquire
dvalencik@c-vlaw.com
PA I.D. #308361

CALAIARO VALENCIK
428 Forbes Avenue, Suite 900
Pittsburgh, PA  15219-1621
(412) 232-0930

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Team Angry Filmworks, Inc., a California corporation,<br>**Plaintiff,**<br>vs.<br>Louise A. Geer, as Trustee of the Dille Family Trust, and Does 1-10, Inclusive,<br>**Defendant.** | CIVIL DIVISION<br><br>**CASE NO.** 15-CV-01381 JFC |

### SUGGESTION OF BANKRUPTCY

This is a notice to inform the District Court that Dille Family Trust filed a voluntary Chapter 11 bankruptcy in the Western District of Pennsylvania on November 28, 2017, at Case No. 17-24771 JAD. All proceedings against Dille Family Trust are stayed pursuant to 11 U.S.C. §362.

**Respectfully submitted,**

**Dated:** November 29, 2017

**BY:** /s/ Michael Kaminski
**Michael Kaminski, Esquire,   PA I.D. 53493**
mkaminski@c-vlaw.com
**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com
**BY:** /s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
dvalencik@c-vlaw.com

**CALAIARO VALENCIK**
428 Forbes Avenue, Suite 900
Pittsburgh, PA  15219-1621
(412) 232-0930

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Team Angry Filmworks, Inc., a California corporation,<br>**Plaintiff,**<br>vs.<br>Louise A. Geer, as Trustee of the Dille Family Trust, and Does 1-10, Inclusive,<br>**Defendant.** | CIVIL DIVISION<br><br>**CASE NO.** 15-CV-01381 JFC |

### CERTIFICATE OF SERVICE OF Suggestion of Bankruptcy

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 29, 2017.

**Service by Email**:
Dille Family Trust, 2100 Wilmington Road, New Castle, PA 16105
**Service by Email and NEF**:
Charles M. Coate, Esquire, Abrams Coate, LLP, 12400 Wilshire Boulevard, Suite 1060, Los Angeles, CA 90025; ccoate@abramscoate.com
Theresa E. Johnson, Esquire, Abrams Coate, LLP, 12400 Wilshire Boulevard, Suite 1060, Los Angeles, CA 90025; tjohnson@abramscoate.com
Matthew Fladell, Esquire, The Law Office of Matthew Fladell; 1112 Montana Avenue, #150, Santa Monica, CA 90403; fladellesq@gmail.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Email and/or Electronic Notification.
If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** November 29, 2017

/s/ Michael Kaminski
**Michael Kaminski, Esquire,   PA I.D. 53493**
mkaminski@c-vlaw.com
/s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com
/s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
dvalencik@c-vlaw.com
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA 15219-1621**
**(412) 232-0930**